# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

JEFFERY SEWELL,

    Plaintiff,

v.

BRUCE CHATMAN; WINDELL FOWLER; LARRY BREWTON; JOHN PAUL; FREDDIE DAVIS; and GEORGIA DEPARTMENT OF CORRECTIONS,

    Defendants.

CIVIL ACTION NO.: CV614-067



## ORDER

Plaintiff has moved this Court to issue a Temporary Restraining Order and/or Preliminary Injunction in his civil complaint brought pursuant to 42 U.S.C. § 1983. Plaintiff requests that the Court issue such an Order enjoining Defendants from harassment and retaliation against him for filing this civil action. Plaintiff, who is currently incarcerated at Georgia State Prison in Reidsville, Georgia, seeks to be transferred to another facility and to be moved out of K-1 dormitory cell #1. In the absence of a showing of an exceptional circumstance wherein there is the possibility of irreparable injury, the Court is not inclined to issue a Restraining Order and/or Preliminary Injunction. Plaintiff has made no such showing of the likelihood of irreparable injury so as to suggest the necessity for the entry of such an order at this time. He has not met his burden of persuasion to obtain injunctive relief. Accordingly, Plaintiff's Motion for issuance of a Temporary Restraining Order and/or Preliminary Injunction (doc. 16) is hereby **DENIED**.

AO 72A
(Rev. 8/82)

Plaintiff's request to be transferred to another facility is **denied**. An inmate has "no protected right to be incarcerated at any particular institution or region." Clark v. McNeil, 2008 WL 4999224, at * 2 (N.D. Fla. 2008) (citing Meachum v. Fano, 427 U.S. 215, 224 (1976)).

**SO ORDERED**, this 3 day of Nov. , 2014.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)