IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JEFFERY SEWELL,

    Plaintiff,

v.

BRUCE CHATMAN; WINDELL
FOWLER; LARRY BREWTON;
JOHN PAUL; FREDDIE DAVIS;
and GEORGIA DEPARTMENT
OF CORRECTIONS,

    Defendants.

CIVIL ACTION NO.: CV614-067

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Georgia Department of Corrections is **dismissed** as a named Defendant in this case.

**SO ORDERED**, this 5 day of Nov., 2014.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)