IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JEFFERY SEWELL,

    Plaintiff,

v.

BRUCE CHATMAN; WINDELL
FOWLER; LARRY BREWTON;
JOHN PAUL; and FREDDIE DAVIS,

    Defendants.

CIVIL ACTION NO.: CV614-067

## ORDER

Plaintiff has filed a Motion for Reconsideration of the Court's Order dated November 3, 2014. That Order denied Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction and his motion for transfer to another facility. Plaintiff's Motion for Reconsideration is **DENIED**. The Order dated November 3, 2014, shall remain the Order of the Court.

SO ORDERED, this 18 day of December, 2014.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)